STEVEN M. HANLE, STATE BAR NO. 168876
JENNIFER A. TRUSSO, STATE BAR NO. 198579
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 TOWN CENTER DRIVE, FOURTH FLOOR
COSTA MESA, CA 92626
TELEPHONE: (714) 513-5100
FAX: (714) 513-5130
SHANLE@SHEPPARDMULLIN.COM
JTRUSSO@SHEPPARDMULLIN.COM

JAYE G. HEYBL, STATE BAR NO. 167110
BRIAN J. PHILPOTT, STATE BAR NO. 241450
KOPPEL, PATRICK, HEYBL & DAWSON
555 St. Charles Drive, Suite 107
Thousand Oaks, CA 91360
T: 805-373-0060
F: 805-373-0051
generalmail@koppelpatent.com

*Attorneys for Plaintiff*
*B-K Lighting, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B-K LIGHTING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VISION3 LIGHTING, a business entity of unknown form, and FRESNO VALVES & CASTINGS, INC., a California corporation,<br><br>Defendant. | CASE NO. CV06-2825 MMM (PLAx)<br><br>Hon. Margaret M. Morrow<br><br>**[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL** |

W02-WEST:3SMH1\400929352.1                                         [PROPOSED] JUDGMENT

The Court having granted Defendant Fresno Valves & Castings, Inc.'s ("Fresno Valves") Motion for Summary Judgment of Invalidity based on obviousness and having granted, in part, Plaintiff B-K Lighting, Inc.'s ("B-K") Motion for Summary Judgment re Fresno Valves' California Business and Professions Code counterclaim, by its orders of May 23, 2008 ("Summary Judgment Orders"), and the parties having stipulated to dismissal without prejudice of what remained of Fresno Valves' California Business and Professions Code counterclaim, and having stipulated to dismissal of B-K Lighting's California Business and Professions Code claim without prejudice, the Court concludes that no issues remain to be tried in this case and hereby enters final judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:

1.   U.S. Patent No. RE39,084 ("'084 patent") is invalid as obvious pursuant to 35 U.S.C. § 103, and judgment is entered in favor of Defendant on this defense and counterclaim.

2.   Plaintiff's claim for infringement of the '084 patent and Defendant's counterclaim for declaratory relief of non-infringement, invalidity and/or unenforceability based on 35 U.S.C. §§ 102 and 112 and inventorship are dismissed without prejudice as moot in light of the Court's holding that the '084 patent is invalid for obviousness.

3.   Plaintiff's claim for unfair business practices under the California Business & Professions Code is dismissed without prejudice.

1  4. Judgment is entered in favor of Plaintiff on Defendant's Counterclaim under the California Business and Professions Code to the extent based on B-K Lighting's press release and prosecution of this action. Defendant's counterclaim for unfair business practices under the California Business & Professions Code, to the extent based on the alleged theft of its prototype light fixture, is dismissed without prejudice.

Dated: July 18, 2008        *Margaret M. Morrow*

Honorable Margaret M. Morrow