JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B-K LIGHTING, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VISION3 LIGHTING, a business entity of unknown form, and FRESNO VALVES & CASTINGS, INC., a California Corporation,<br><br>　　　　　　　Defendants. | CASE NO. CV 06-02825 MMM (PLAx)<br><br>JUDGMENT FOR DEFENDANT |

On March 11, 2013, the court issued an order addressing the parties' cross-motions for summary judgment. The court granted defendants' motion for summary judgment of non-infringement. Accordingly,

IT IS ORDERED AND ADJUDGED

　　1.　　That plaintiff takes nothing by way of its complaint; and

　　2.　　That the action be, and it hereby is, dismissed.

DATED: March 11, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE